IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Craig Anthony Johnson #163522 )
_____ )
Full name and prison number )
of plaintiff(s) )
 )
v. )                CIVIL ACTION NO 2:05CV960-F
 )                (To be supplied by Clerk of
Laura Philyaw Class/spec )        U.S. District Court)
BOPP William Segrest )
Comm. Donald Campbell )            2:05CV960-F
ASA Bob McElroy )
Ala. Dept. of Corrections )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)
        out of state (Ill.)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) Craig A Johnson AKA Leroy Peoples

            Defendant(s) L. Philyaw, C/S, Bob McElroy ASA
            Hon. Gordon Lustfeldt DAs Office

        2.  Court (if federal court, name the district; if
            state court, name the county) _____
            Kankakee

3. Docket number _unkwn_

4. Name of judge to whom case was assigned _unkwn_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Fountain 3800 Atmore, Alabama 36503_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _SAME_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. *Laura Philyaw C/S | 3800 Fountain Atmore Ala 36503 |
| 2. *William Segrest BCPP | 301 S. Ripley St PO Box 302405 Monty Ala 36130 |
| 3. Bob McElroy ASA | 450 E. Court St Kankakee Ill. 60901 |
| 4. *Donald Campbell Comm ADOC | 1400 Lloyd St Monty Ala 36104 |
| 5. *Ala. Dept. of Correction et. al. | SAME ↑ |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _8/26/03_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Equal Protection / Denied Due Process_

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

L. Philyaw contacted I.h. DA's office ASA McElroy who in turn faxed copy of cancelled/squashed warrant dated 5-30-03 directly in capricous arbitrary fashion to hender/stop release of Craig Johnson and further cause hardship.

GROUND TWO: Unlaw Confinement / Liberty V Cruel and Unusual Punishment!

SUPPORTING FACTS: Based on info sent to L. Philyaw via fax directly violates proper procedure as all legal documents should go directly to Central Records / Kathy Holt. Not to the institution for alterations as in this instance where document was stamped 3-26-04

GROUND THREE: Cruel and Unusual Punishment

SUPPORTING FACTS: Forfieture of parole was without merit, no violation exist per parole agreement. After such discovered by DOC officials, BOPP still insist in confinement based on past history & sentence, even though C. Johnson has Certificate of parole. Double Jepoardy been biasly profiled for same crime or confinement twice for same.
With no violation, parole was due to be reinstated 8/03. Also with no sentencing orders to Central Records Div. BOPP had no jurisdiction to hold/confine to serve time from another state. parole should been given to satisfy writ or time to serve.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Re-instate Parole, compensate for time from 8/26/03 to date, of release order / Confirm order for release by DA's office 11-05-01

Craig Anthony Johnson 163522
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  5/25/05
             (Date)

Craig A. Johnson 163522
Signature of plaintiff(s)

4