IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

CRAIG ANTHONY JOHNSON, #163 522      *

    Plaintiff,                                                            *

v.                                                                              * CIVIL ACTION NO. 2:05-CV-960-F

LAURA PHILYAW, CLASS/SPEC., *et al.*,      *

    Defendants.                                                      *
_____

**O R D E R**

By order filed October 13, 2005, the court directed Plaintiff to submit an inmate account statement reflecting the average monthly balance in his prison account and the average monthly deposits to his account for the 6-month period *immediately* preceding the filing of this complaint. Plaintiff has submitted nothing in response to the court's order. Accordingly, it is,

ORDERED that on or before November 14, 2005 Plaintiff shall show cause why this case should not be dismissed for his failure to comply with the court's October 13, 2005 order. In filing his response, Plaintiff shall advise the court of whether he requested prison officials to provide the inmate account information or whether he has simply chosen not to submit this information. If Plaintiff does not wish to continue with this cause of action, he shall so advise the court and file a motion to dismiss.

Plaintiff is cautioned that his failure to file a response to this order will result in a

Recommendation that this case be dismissed.

Done this 3rd day of November 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE