11-7-05

Office of Clerk
United States District Court.

RECEIVED
2005 NOV 14 A 9:04
DEBRA P. HACKETT, CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

en re: Craig A Johnson 163522

Account print out of Plaintiff's acc. for previous 6-months.

2:05 CV 960-F

To whom it may concern:

I, Craig A. Johnson had accredited V. Hardy at Fountain Corr. Ctr. to print out necessary form on 10-21-05.

At such time I mailed such documents to the chambers of E. Reese P.O. Box 1667 Montg Ala 36102-1667 because I had received a notice from his office of a Forma Pauperis that needed to be filed by Nov 2nd 05

I also included another Forma Pauperis for this case yet I now see these are two seperate case/courts.

If this court doesn't have access to form of account, please allow time to get last 6-months print out of plaintiff's account and forward to court.

I also noticed in letter received on 10-17-05, that court sent order to this facility about some account records.

I am unaware if such

so sir, that I will take the matter to Ms. V. Hardy the accountant her at Fountain to see if she has received any such order.

I'm very thankful this court has granted me the opportunity to handle this matter in a timely manner.

If this court would I ask that this court would check with clerk and register at PO Box 1667 to see if they are in receipt of documents sent out on 10-23-05 to that office.

Respectfully

Craig Anthony Johnson 163522
Fountain 3800   7-54
Atmore, Ala 36503

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
FOUNTAIN CORRECTIONAL CENTER

AIS #: 163522        NAME: JOHNSON, CRAIG A                    AS OF: 11/08/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| NOV | 22 | $0.10 | $0.00 |
| DEC | 31 | $25.68 | $120.00 |
| JAN | 31 | $6.77 | $40.00 |
| FEB | 28 | $13.45 | $50.00 |
| MAR | 31 | $0.24 | $0.00 |
| APR | 30 | $18.67 | $140.00 |
| MAY | 31 | $4.08 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $10.58 | $75.00 |
| AUG | 31 | $7.45 | $40.00 |
| SEP | 30 | $0.01 | $0.00 |
| OCT | 31 | $7.16 | $70.00 |
| NOV | 8 | $0.23 | $0.00 |

Average 12 month balance            $7.86            $44.58

_Vicki S. Hardy_, PMOD Clerk

STATE OF ALABAMA, ESCAMBIA COUNTY, SWORN TO AND SUBSCRIBED BEFORE ME THIS 8th DAY OF NOVEMBER, 2005.

_____ Notary Public
My Commission Expires Oct. 25, 2009