IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

CRAIG ANTHONY JOHNSON, #163 522   *

    Plaintiff,   *

v.   * CIVIL ACTION NO. 2:05-CV-960-F

LAURA PHILYAW, CLASS/SPEC., *et al.*,   *

    Defendants.   *

_____

**ORDER ON MOTION**

On November 14, 2005 Plaintiff filed a response to the court's November 3, 2005 order to show cause. (Doc. No. 5.) The November 3 order directed the Plaintiff to show cause why his complaint should not be dismissed for failing to comply with the court's October 13, 2005 order directing him to submit an inmate account statement. Upon consideration of Plaintiff's November 14 response, which the court construes as a motion for extension of time to comply with the court's October 13, 2005 order, and for good cause, it is

ORDERED that Plaintiff's November 14, 2005 response, construed as a Motion for Extension of Time to Comply with the Court's October 13, 2005 Order (Doc. No. 5), be and is hereby GRANTED. It is further

ORDERED that Plaintiff is GRANTED an extension from November 2, 2005 to December 1, 2005 to submit his inmate account statement as directed by the court's October

13, 2005 order.

    Done this 17th day of November 2005.

                                    **/s/ Delores R. Boyd**
                                    DELORES R. BOYD
                                    UNITED STATES MAGISTRATE JUDGE