IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CRAIG ANTHONY JOHNSON, #163522 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CV-960-F |
| | ) | |
| LAURA PHILYAW, CLASS/SPEC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This action is now before the Court on the Recommendation of the United States Magistrate Judge entered on November 29, 2005 (Doc. #9). After a review of the Recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the Court believes that the Recommendation should be and is hereby ADOPTED.

It is ORDERED that this case is hereby TRANSFERRED to the United States District Court for the Southern District of Alabama, pursuant to 28 U.S.C. § 1404[1].

Done this 23rd day of December, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] This Court makes no ruling on Plaintiff's motion for leave to proceed *in forma pauperis* as the assessment and collection of any filing fee should be undertaken by the United States District Court for the Southern District of Alabama.